## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN ~ SOUTHERN DIVISION

MICHAEL HOLZMAN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
an Ohio corporation, and VERIZON WIRELESS
PERSONAL COMMUNICATIONS, L.P., a
Delaware corporation,

    Defendants.

Case No.: 2:16-cv-10934

Hon.  Gershwin A. Drain
Mag. Stephanie Dawkins Davis

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT VERIZON WIRELESS PERSONAL COMMUNICATIONS, L.P.

Plaintiff Michael Holzman ("Holzman"), by counsel, and Defendant Verizon Wireless Personal Communications, L.P. ("Verizon"), by counsel, hereby agree to the entry of this Stipulation and Order of Dismissal With Prejudice dismissing all claims of Plaintiff Holzman against Defendant Verizon only, with prejudice.

The Court having been duly advised, now finds that the same should be granted as follows:

IT IS HEREBY ORDRED that all claims of Plaintiff Holzman against Defendant Verizon only are dismissed with prejudice.  Plaintiff and Defendant Verizon shall each bear their own costs and attorneys' fees.

Dated: September 8, 2016

/s/Gershwin A Drain
Honorable Gershwin A. Drain
United States District Court Judge

AGREED TO:

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/ William D. Howard . |
| GARY D. NITZKIN (P41155) | WILLIAM D. HOWARD (P36886) |
| MICHIGAN CONSUMER CREDIT LAWYERS | HOWARD LAW GROUP |
| Attorneys for Plaintiff | Attorneys for Defendant Verizon |
| 22142 West Nine Mile Road | 25 Ionia Avenue SW, Suite 230 |
| Southfield, Michigan 48033 | Grand Rapids, Michigan 49503 |
| (248) 353-2882 | (616) 235-6000 |
| gary@micreditlawyer.com | bhoward@howardlawgr.com |